[No. 50221-2-I. Division One. November 25, 2002.]

DERRICK DWAYNE COLEMAN, *Appellant*, v. DAVID S. TESKE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-30809-2, James A. Doerty, J., entered February 11, 2002. *Reversed* by unpublished per curiam opinion.

[No. 26956-2-II. Division Two. November 26, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY ALLEN BROWN, *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 00-1-00554-4, Stephen M. Warning, J., entered January 26, 2001. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan and Bridgewater, JJ.

[No. 27241-5-II. Division Two. November 26, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JEROME CLARENCE ELLIS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-03828-4, Stephanie A. Arend, J., entered April 13, 2001. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Morgan and Houghton, JJ.

[No. 46923-1-I. Division One. December 2, 2002.]

WARN/WILLIAMS & ASSOCIATES, *Respondent*, v. QUICK CHECK, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-2-09667-3, Kenneth L. Cowsert, J., entered June 12, 2000. *Affirmed in part* and *reversed in part* by unpublished opinion per Kennedy, J., concurred in by Baker and Ellington, JJ.